Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: CV 07 5704 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| DANIEL SILVER, individually<br>ROBERT HARING, individually,<br>LORRAINE LEE, individually,<br>CANDACE BERRY, individually,<br>GUILLERMO SANS, individually,<br>ROBERT ALTADONNA, individually,<br>DIANE DICRESCI, individually,<br>CATHY BYRD, individually,<br>DWILLETTE HAYNES, individually<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, DANIEL SILVER, ROBERT HARING, LORRAINE LEE, CANDACE BERRY, GUILLERMO SANS, ROBERT ALTADONNA, DIANE DICRESCI,

CATHY BYRD, and DWILETTE HAYNES, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: June 3, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: August 11, 2009

_____
Hon. Charles R. Breyer
United States District Court

GRANTED
Judge Charles R. Breyer

PFZR/1035934/6190655v.1